UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DANIEL VALLEJO RECIO,
Institutional ID No. 0598857

          Plaintiff,

v.

RUDY VASQUEZ and MICHAEL
THOMASON,

          Defendants.

No. 5:18-CV-00264-H

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) that the Court grant Plaintiff's requests for writs of execution to enforce the default judgments entered against Defendants Vasquez and Thomason. Dkt. No. 141. No party objected, and the time to do so has passed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. As a result, the Court grants Plaintiff's motions for writs of execution, Dkt. Nos. 138 and 140, and the Court directs the Clerk to complete and issue writs of execution similar to those attached to the Magistrate Judge's FCR. Dkt. No. 141 at 5–8.

Additionally, the Court notes that Plaintiff recently filed a request for a writ of execution against Defendants Cerbantez and Martinez. Dkt. No. 143. The Court denies that request. The Court did not enter judgment against Defendants Cerbantez and

Martinez. Plaintiff's claims against them were dismissed with prejudice pursuant to a joint stipulation of dismissal. Dkt. Nos. 109–112.

So ordered.

Dated October 24, 2025.

                                                JAMES WESLEY HENDRIX
                                                United States District Judge